FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2023
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NO CN-30

1 NAME: SHANNON O. MURPHY ESQ. SR.
Firm: dba. Counsel Legal Advisory Division, C-LAD
2 In Pro Se. applies
ADDRESS: P.O. Box 1756
3           Antioch, CA. 94509

4 ATTORNEY FOR: SHANNON O. MURPHY SR. dba. Sheetmetal & Associates, an INLC., In Pro Se.
Telephone: (925) 267-4255
5 Facsimile: (925) 267-4255

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

2:23-CV-10467-FLA(AGRx)

CASE NO:

SHANNON O. MURPHY ESQ. SR.,
Dba. Sheetmetal & Associates, an INLC.
        Plaintiff,
    vs.
CHASE BANK, N.A.
        Defendant

COMPLAINT
DEMAND FOR JURY TRIAL

Judge:
Dept:

HERE COMES NOW THIS COURT CASE PLAINTIFF, MR. SHANNON O. MURPHY SR., AND ACCORDS HE BY HIS JURISDICTION dba. SHEETMETAL & ASSOCIATES, an INLC., ; APPROPRIATE CONCERNS HE BY ALL THIS ABOVE MATTERS, HIS IS APPLIED IN PRO SE.

HERE COURT IS APPLY FOR APPROPRIATE CASE DEFENDANT, CHASE BANK, N.A., @ CA. JURISDICTION, AND TO COORDINATE REPLIES BY AT APPROPRIATE, STATE OF CALIFORNIA.

SUBJECT MATTER HERE CONCERNS DETAIL CAUSE OF ACTION: 1) TORT - NEGLIGENCE,
2) BREACH OF CONTRACT
3) DISCRIMINATION
4) HARASSMENT
5) ASSAULT
6) INJURY

**JURISDICTION:** UNLIMITED CIVIL, and since here case plaintiff asks award exceed $79,000

**VENUE:** Here court is appropriate, and proper since the case defendant, does follow guide-lines, rules accords court, State of California.

DATE: 09/01/2023        SIGN: _____
                        Court Case Plaintiff - In Pro Se.

CASE NAME: MURPHY vs. CHASE BANK, N.A.                      CASE NO:_____.

**Causes of Action Detail By Event Brief:**

1) TORT - NEGLIGENCE: Defendants, and after attorney's jurisdiction, failed proper reply attends, fair recovery of money lost, fail proper dispense, Chase Bank, ATM machine; Occur an tort-negligence application, agents, theirs appropriate that there is an correct remedy, for at standard injury claim; Broadspire, Inc. fail fair claim.

2) BREACH OF CONTRACT: Defendant jurisdiction, did breach relative contract, occurs by law, applies of government agent, implies paralegal, to allow "standard, about injury claim disposition", as it has in fact continue, at failed.

3) DISCRIMINATION: Defendants, at applies plaintiff, then, when was theirs claimant, Murphy, detoured fair due-process protocol jurisdiction, where acts of negligence occur, includes loss, since defendant, bank agent(s) arranged an irritating disregard a common prescribed, request in writting for regards requests, to apply a claim for injury; Aggravating malfunctions, cause plaintiff illness.

4) HARASSMENT: Defendants, Chase Bank service agents, did of fact commit acts continuous, to of negligence reply there at 12/30/2021; Injury claimant Murphy, was delay fair claim applies, when result, request standards type claim for injury admin. He was caused suffer of irritation, occur further, to more pro-business loss. Chase's claim reply agents did obstruct fair appointment continue safe claim, processing, at unfair factors assign delay, therefore by ATM, his finger injury; More aggravating, and uncomfortable associates time spent dispose of claim. Chase Bank, agents assigned, failed return lost money by ATM, requirements, and money, still to date, unrecovered, by plaintiff, compensate, any for injury.

5) ASSAULT: is concerns here relevant case defendants, did reply, they at jurisdiction did act, and to apply unfair delay tactics, in order detour fair due-process regards priority matters to plaintiff Murphy's legal professional business, they continue act covet, at protocol fair due-process regard reply responsible injury claim, compensation.

Defendant had already been notified of Plaintiff's VA diagnosed Bipolar 1 disorder. Plaintiff states here that Chase Bank, and agents did intend aggravate plaintiff. Plaintiff suffered panic attacks, upset VA concerned Bipolar 1 disorder, that did to compel use doctor's prescribed medication, "Albuterol" regards both detour event.,
\ @ #4.

6) INJURY: Defendant, Chase, their agent(s), did infact, cause plaintiff relevant injury, include Mr. Shannon Murphy Sr., suffer relative occur panic-attack, upset Bipolar disorder. Mr. Murphy, the here case plaintiff, was compel an aggravated, at VA diagnosed to injury, Bipolar 1 disorder, and respective this "covert assault", when he was told, to visit the El Cerrito, Ca. branch, Chase Bank, to cash Wells Fargo business check, that even though, Mr. Murphy stated that he had "no Chase Bank open account"; Mr. Murphy arrived bank, and was told he could not cash check without account.

END///

1 | CASE NAME: MURPHY vs. CHASE BANK, N.A.        CASE NO:_____.

**Prescription For Award By Of Complaint:**

HERE AND NOW DOES THIS U.S. DISTRICT COURT CASE PLAINTIFF APPLY FAIR, JUST, PRESCRIPTION FOR AWARD, IN ORDER COMPLETELY RESOLVE FOR DISPOSITION(S), THAT TO SECURE ALL RELATIVE MATTER FOR SUGGESTS THIS, TO COMPLAINT VALID.

Here for plaintiff Shannon O. Murphy Sr., at administer jurisdiction, plaintiff, U.S. District Court, I, myself as the attorney, plaintiff, in pro se., does now present this prescription to of award...

1) I do ask for award, monetary, declarative, state for punitive subject, that matter associate injury, and relative, especially at continue professional business loss; I ask nominal amount monetary, $6,050,000 for to comply all, and necessary regards mine occur injury(s) physical, emotional, psychological, and that maintain for chronic anxiety, nervous, and that VA diagnosed relative, Bipolar 1 disorder, cause to, and by panic-attack(s), derive accords from, by case defendants, there at reply relevant jurisdiction, Chase service agents, theirs unfair, even to hostile actions, applies to the unfair, and unlawful claims process operations performed by at Chase servicing, time, place respective, that they case defendant, did commit crime, faults to add criminal event, includes theirs part conspiracy, sabatoge Sheetmatal & Assoc. professional business at location, El Cerrito, Ca., and Richmond, Ca., respective time, each of two events, cause injury, did occur, El Ceritto, Ca., 2022, Richmond, Ca.,12/30/2021.

2) I ask this above mentioned amount, and that to relevant described for, at of $6,050,000, for to allow fair restitution, compensation, and that to for payments at regards medical observations, include that for relative treatments, therapy(s), and prescribed medications associate to injury, crucial effect, and that could have then, and even now, to future, affects, cause event to death. Plaintiff is in fact a veteran California guardsman, and because of the flagrant disregard public, relative jurisdiction, concerns defendant ignore plaintiff ask injury claim, plaintiff confides court.

3) I ask for all, associate laws govern to U.S. Government entity, properly, since of there, actions, do in fact concern display a very rude, disrespectful attitude, especially regards veteran member, there, theirs should comply an honorable jurisdiction, but did still, case defendant, fail respect; I do sincerely ask all this of at foregoing mentions, and all other this U.S. court judge, deems fit.

END///






